JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA INSURANCE COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 5:24-cv-00961-JWH-SPx<br><br>**JUDGMENT** |

Pursuant to the "Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute" [ECF No. 11] entered on or about August 12, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 26, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE